NUMBERS 13-08-00674-CR AND 13-08-00675-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

CHRISTOPHER KORNEGAY, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 117th District Court


of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam



 Appellant, Christopher Kornegay, by and through his attorney, has filed a motion to
dismiss his appeals because he no longer desires to prosecute them. See Tex. R. App.
P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having
dismissed the appeals at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 PER CURIAM

Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and 

filed this 2nd day of July, 2009.